UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINN, et al.,

        Plaintiffs,

against

BERNSTEIN, et al.,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 6122 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the Order at ECF No. 97 by the Honorable Judge Gregory H. Woods, Counsel must enter a stipulation in compliance with Local Rule 1.4.

The Clerk of Court is respectfully directed to delete the Order at ECF No. 98 from the docket.

Dated:    New York, New York
            January 22, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**