UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORETON BINN and MARISOL F, LLC, Derivatively on Behalf of Nominal Defendant, XPRESSPA GROUP, INC. f/k/a FORM HOLDINGS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE T. BERNSTEIN, RICHARD K. ABBE, ANDREW R. HEYER, SALVATORE GIARDINA, BRIAN DALY, ROCKMORE INVESTMENT MASTER FUND, L.P., and B3D, LLC,<br><br>Defendants,<br><br>and<br><br>XPRESSPA GROUP, INC. f/k/a FORM HOLDINGS CORP.,<br><br>Nominal Defendant. | Civil Action No. 1:19-cv-06122-GHW<br><br>**DECLARATION OF ROSANNE ELENA FELICELLO** |

ROSANNE ELENA FELICELLO declares, pursuant to 28 U.S.C. 1746, as follows:

1. I am an attorney duly admitted to practice law before the United States District Court for the Southern District of New York.

2. I respectfully submit this declaration, pursuant to Local Rule 1.4, in support of the Stipulation and Order Substituting Felicello Law P.C. as counsel of record for plaintiffs Moreton Binn and Marisol F, LLC ("Plaintiffs").

3. Plaintiffs have requested that Felicello Law P.C. represent them in this action. Plaintiffs consent to the withdrawal of CKR Law LLP.

4. I respectfully submit that the substitution of counsel will not unnecessarily delay

this action or prejudice any party, and therefore respectfully request that the Court approve the Stipulation and Order of Substitution of Counsel submitted herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 3, 2020

_____
Rosanne Elena Felicello