UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORETON BINN and MARISOL F, LLC,
Derivatively on Behalf of Nominal Defendant,
XPRESSPA GROUP, INC. f/k/a FORM
HOLDINGS CORP.,

              Plaintiffs,

      v.

BRUCE T. BERNSTEIN, RICHARD K. ABBE,
ANDREW R. HEYER, SALVATORE
GIARDINA, BRIAN DALY, ROCKMORE
INVESTMENT MASTER FUND, L.P., and B3D,
LLC,

              Defendants,

     and

XPRESSPA GROUP, INC. f/k/a FORM
HOLDINGS CORP.,

Nominal Defendant,

Civil Action No. 1:19-cv-06122 (GHW)

**STIPULATION**

The stipulation is APPROVED.  The Clerk of Court is respectfully directed to update the attorney of record on the docket.

SO ORDERED         1/24/2020

*Sarah Cave*

SARAH L. CAVE
United States Magistrate Judge

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned and pursuant to Local Rule 1.4, that the law firm of Felicello Law P.C., is hereby substituted in place of CKR Law LLP as counsel of record for Plaitniffs Moreton Binn and Marisol F, LLC (together, "Plaintiffs") in the above-captioned action. A supporting declaration is attached hereto pursuant to Local Rule 1.4.

      PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

     Felicello Law P.C.
     1140 Avenue of the Americs
     9th Floor
     New York, NY 10036
     Tel. (212) 584-7806
     rosanne@felicellolaw.com

Dated:  New York, New York
        January 22, 2020

CKR LAW LLP

By: _____
    Michael James Maloney
    1330 Avenue of the Americas
    14th Floor
    New York, New York 10019
    Tel. (212) 259-7300
    mmaloney@ckrlaw.com

*Outgoing Counsel for Plaintiffs Moreton Binn
and
Marisol F, LLC*

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

By: _____
    Lawrence Gerschwer
    Joshua D. Roth
    One New York Plaza
    New York, NY 10004
    Tel.: (212) 859-8000
    joshua.roth@friedfrank.com
    lawrence.gerschwer@friedfrank.com

*Attorneys for Defendants Bruce T.
Bernstein, Richard K. Abbe, Andrew R.
Heyer, Salvatore Giardina, Brian Daly,
Rockmore Investment Master Fund, L.P.,
and B3D, LLC*

FELICELLO LAW P.C.

By: _____
    Rosanne Elena Felicello
    1140 Avenue of the Americs
    9th Floor
    New York, NY 10036
    Tel. (212) 584-7806
    rosanne@felicellolaw.com

*Incoming Counsel for Plaintiffs Moreton Binn
and Marisol F, LLC*

LATHAM & WATKINS LLP

By: _____
    Sandeep Savla
    Christopher J. Clark
    885 Third Avenue
    New York, New York 10022
    Tel: (212) 906-1200
    sandeep.salva@lw.com
    chris.clark@lw.com

*Attorneys for Defendant Richard K. Abbe*