UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORETON BINN, et al.,

                Plaintiffs,

against

BERNSTEIN, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 6122 (GHW) (SLC)

**ORDER FOR ADDITIONAL BRIEFING**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of the parties' letters at ECF Nos. 107 and 108 regarding the effects on this case of the Second Circuit's order dated May 8, 2020 in Binn v. Bernstein, et al., No. 19-1636 (the "Order"), and believes additional briefing on the effects of the Order is warranted.

Defendants are directed to submit to the Court by **June 1, 2020** a supplemental brief, no longer than seven (7) pages, on the impact of the Order in this case, focusing on any res judicata effects. By **June 15, 2020**, Plaintiffs shall respond in a brief of no longer than seven (7) pages. If necessary, by **June 22, 2020,** Defendants may reply to Plaintiffs' response in a submission of no more than three (3) pages.

Dated:    New York, New York
            May 18, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**