UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MORETON BINN and MARISOL F, LLC,
derivatively on behalf of Nominal Defendant,
Xpresspa Group, Inc., f/k/a Form Holdings Corp.,
                    Plaintiffs,

-against-

BRUCE T. BERNSTEIN, RICHARD K. ABBE,
ANDREW R. HEYER, SALVATORE
GIARDANA, BRIAN DALY, ROCKMORE
INVESTMENT MASTER FUND, L.P., and B3D,
LLC,
                    Defendants.

-and-

XPRESSPA GROUP, INC., f/k/a Form Holdings
Corp.,
                    Nominal Defendant.
-------------------------------------------------------------X

19 CIVIL 6122 (GHW)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 6, 2020, the Court has reviewed the R&R for clear error and finds none. The Report and Recommendation is accepted and adopted in its entirety. Defendants' motions to dismiss are GRANTED. Abbe's motion to strike is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
        August 6, 2020

RUBY J. KRAJICK
Clerk of Court

BY: _Kmargo_
Deputy Clerk