UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORETON BINN and MARISOL F, LLC, Derivatively on Behalf of Nominal Defendant, XPRESSPA GROUP, INC., f/k/a FORM HOLDINGS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE T. BERNSTEIN, RICHARD K. ABBE, ANDREW R. HEYER, SALVATORE GIARDINA, ANDREW D. PERLMAN, BRIAN DALY, ROCKMORE INVESTMENT MASTER FUND, L.P., and B3D, LLC, <br><br> Defendants, <br><br> and <br><br> XPRESSPA GROUP, INC. f/k/a FORM HOLDINGS CORP., <br><br> Nominal Defendant. | No. 1:19-cv-06122-GHW-SLC <br><br> **NOTICE OF MOTION** <br><br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Sandeep Savla, dated August 26, 2020, and the accompanying Memorandum of Law, the undersigned hereby move this Court on behalf of Defendants before the Honorable Sarah L. Cave in Courtroom 18A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order amending or altering judgment under Fed. R. Civ. P. 59(e) in order to include specific findings as to the non-compliance by Plaintiffs and their attorneys with Fed. R. Civ. P. 11(b), pursuant to the Private Securities Litigation Reform Act, and to impose sanctions.

Dated: August 26, 2020
New York, New York

LATHAM & WATKINS LLP

By: /s/ Sandeep Savla
Christopher J. Clark
Sandeep Savla
885 Third Avenue
New York, New York, 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: chris.clark@lw.com
sandeep.savla@lw.com

*Attorneys for Defendant Richard K. Abbe*


FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON

By: _____

Joshua D. Roth
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: Joshua.Roth@friedfrank.com

Kristin Whidby
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
Email: Kristin.Whidby@friedfrank.com

*Attorneys for Defendants Bruce T. Bernstein, Richard K. Abbe, Andrew R. Heyer, Salvatore Giardina, Andrew D. Perlman, Brian Daly, Rockmore Investment Master Fund, L.P., and B3D, LLC and Nominal Defendant XpresSpa Group, Inc. f/k/a Form Holdings Corp.*

BARNES & THORNBURG LLP

By: /s/ Lawrence Gerschwer[1]
Lawrence Gerschwer
445 Park Avenue, Suite 700
New York, NY 10022
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
Email: Lawrence.Gerschwer@btlaw.com

*Attorneys for Defendants Bruce T. Bernstein, Richard K. Abbe, Andrew R. Heyer, Salvatore Giardina, Andrew D. Perlman, Brian Daly, Rockmore Investment Master Fund, L.P., and B3D, LLC and Nominal Defendant XpresSpa Group, Inc. f/k/a Form Holdings Corp.*

---

[1] E-signature used with attorney's consent.