UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORETON BINN AND MARISOL F, LLC, derivatively on
behalf of Nominal Defendant XPRESSPA GROUP, INC.
f/k/a FORM HOLDINGS CORP.,


                                    Plaintiffs,

        -v-


BRUCE T. BERNSTEIN, RICHARD K. ABBE, ANDREW R.
HEYER, SALVATORE GIARDINA, BRIAN DALY,
ROCKMORE INVESTMENT MASTER FUND, L.P., B3D,
LLC,
                                    Defendants,
        -and-

XPRESSPA GROUP, INC., f/k/a FORM HOLDINGS
CORP.,
                                    Nominal Defendant.

CIVIL ACTION NO.: 19 Civ. 6122 (GHW) (SLC)

**AMENDED ORDER SCHEDULING
ORAL ARGUMENT**

**SARAH L. CAVE,** United States Magistrate Judge:

The oral arguments on the Motion to Alter Judgment, scheduled for on **Thursday,**
**November 12, 2020 at 11:30 am**, will now be held by videoconference.

The public may use the following number to listen to the arguments: 646-992-2010;

access code: 132-377-4423.

Dated:      New York, New York
            November 10, 2020

                                    SO ORDERED



                                    _____
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**